*Emanuel Redfield* for appellant.

*Frank S. Hogan, District Attorney (Harold Roland Shapiro* of counsel), for respondent.

Judgments reversed and complaint dismissed, upon the ground that the People failed to prove that defendant was selling books in the street as a commercial venture (*People* v. *Barber,* 289 N. Y. 378). No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARVIN DANCYGER, Appellant.

Argued April 27, 1955; decided June 10, 1955.

*Sidney G. Sparrow* for appellant.

*T. Vincent Quinn, District Attorney (George J. Regan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of BRESWICK & COMPANY, Respondent, against GREATER NEW YORK INDUSTRIES, INC., et al., Appellants.

Argued April 20, 1955; decided June 10, 1955.